Ray McBRIDE, Sr. *v.* STATE of Arkansas

CR 04-570                                    187 S.W.3d 856

Supreme Court of Arkansas
Opinion delivered June 10, 2004

*B. Kenneth Johnson*, for appellant.

No response.

Per Curiam. Appellant Ray McBride, Sr., by and through his attorney, B. Kenneth Johnson, has filed a motion for rule on clerk. Mr. Johnson admits responsibility for failing to timely file the record due to a mistake on his part.

■ We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) *(per curiam)*.

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.